**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Eric Donys SIMEU, a.k.a. Martell Collins, Defendant-Appellant.**

**No. 17-12504**
**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(December 5, 2017)

Steven D. Grimberg, Lawrence R. Sommerfeld, U.S. Attorney Service—Northern District of Georgia, Atlanta, GA, for Plaintiff-Appellee

Judy Fleming, W. Matthew Dodge, Federal Defender Program, Inc., Atlanta, GA, for Defendant-Appellant

Before TJOFLAT, WILSON and NEWSOM, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).